UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| JASON KIRSCHENBAUM, *et al.*, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) ) | Civil Action No. 03-1708 (RCL) |
| THE ISLAMIC REPUBLIC OF IRAN, *et al.*, | ) ) ) ) | |
| Defendants. | ) ) ) | |

## ORDER AND JUDGMENT

In accord with the Findings of Fact and Conclusions of Law issued this date, it is hereby

ORDERED that Default Judgment be entered in favor of plaintiffs and against defendants, jointly and severally, in the amount of $13,750,000.00, of which $5,000,000 shall be allocated to Jason Kirschenbaum; $2,500,000.00 each shall be allocated to Martin and Isabelle Kirschenbaum; and $1,250,000.00 each shall be allocated to David Kirschenbaum, Joshua Kirschenbaum, and Danielle Teitlebaum.  It is further

ORDERED that plaintiffs, at their own cost and consistent with the requirements of 28 U.S.C. § 1608(e), send a copy of this Judgment and the Findings of Fact and Conclusions of Law issued this date to defendants.  It is further

ORDERED that this case be terminated from the active dockets of this Court.

SO ORDERED.

Signed by Royce C. Lamberth, Chief Judge, on August 26, 2008.