UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JASON KIRSCHENBAUM, *et al.*, | Civil Action No. 03-1708 (RCL) |
| Plaintiffs, | |
| vs. | [PROPOSED] ORDER |
| ISLAMIC REPUBLIC OF IRAN, *et al.*, | |
| Defendants. | |

Upon consideration of plaintiffs' Motion to Revive Judgment, it is hereby

**ORDERED** that, in accordance with D.C. Code §§ 15-101 and 15-103, the twelve year limitations period applicable to this Court's Judgment issued August 26, 2008 is hereby revived; and it is further

**ORDERED** that, in accordance with D.C. Code § 15-103, the twelve year limitations period applicable to the Judgment revived by today's Order shall expire twelve years from this date.

It is **SO ORDERED**.

Dated: 7/24/20

_____
Royce C. Lamberth
United States District Judge